In the Matter of the Judicial Settlement of the Account of ESTHER HOROWITZ, as Rendered by Her Administrator, MORRIS HOROWITZ, and of ABRAHAM HOROWITZ, as Committees of the Estate of DAVID HOROWITZ, an Incompetent, and for Revocation and Appointment of Substituted Committee. NATIONAL SURETY CORPORATION, Appellant; ADMINISTRATOR OF VETERANS' AFFAIRS and NATHAN B. GUROCK, Special Guardian of DAVID HOROWITZ, an Incompetent, Respondents. (Appeal No. 1.) NATIONAL SURETY CORPORATION and MORRIS HOROWITZ, as Administrator of ESTHER HOROWITZ, Deceased, Appellants; ADMINISTRATOR OF VETERANS' AFFAIRS and NATHAN B. GUROCK, Special Guardian of DAVID HOROWITZ, an Incompetent, Respondents. (Appeal No. 2.) NATIONAL SURETY CORPORATION, SOLOMON HOROWITZ, as Substituted Committee, and MORRIS HOROWITZ, as Administrator of ESTHER HOROWITZ, Deceased, Appellants; ADMINISTRATOR OF VETERANS' AFFAIRS and NATHAN B. GUROCK, Special Guardian of DAVID HOROWITZ, an Incompetent, Respondents. (Appeal No. 3.) — Order of December 31, 1937, as resettled by order entered February 25, 1938, unanimously modified by striking out the portions appealed from, including the last paragraph thereof beginning " Leave is hereby granted," and by granting full commissions to the former committees, and as so modified affirmed, with costs to the appellants payable out of the estate; and appeals from orders entered December 31, 1937, February 15, 1938, and June 21, 1938, dismissed, without costs. (See *Matter of Farina*, 279 N. Y. 780, and *Matter of Smith*, Id. 479.) Settle order on notice. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.